UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN L. HUDSON,<br><br>    Petitioner,<br><br>    v.<br><br>KIMBERLY SEIBEL, Warden,<br><br>    Respondent. | No. CV 15-4760 BRO (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Respondent's motion to dismiss is GRANTED and that Judgment be entered dismissing the Petition without prejudice.

DATED: March 28, 2016

                                        BEVERLY REID O'CONNELL
                                        United States District Judge