1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   BRIAN L. HUDSON,                    )   No.  CV 15-4760 BRO (FFM)
                                         )
12                      Petitioner,      )
                                         )   JUDGMENT
13          v.                           )
                                         )
14   KIMBERLY SEIBEL, Warden,            )
                                         )
15                      Respondent.      )
     _____ )
16

17          Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

18   United States Magistrate Judge,

19          IT IS ADJUDGED that the Petition is dismissed with prejudice.

20

21   DATED: March 28, 2016

22

23                                          _____

24                                          BEVERLY REID O'CONNELL
                                            United States District Judge
25

26

27

28